IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2009 MAR 19  PM 4:00
OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 4:09 MJ 3017 |
| v. ) | |
| ) | 2:09-CV-0435-JCM-PAL |
| ) | District of Nevada |
| INGREATA NORRIS SWIFT, ) | |
| ) | ORDER IN RE: |
| Defendant. ) | |
| ) | **LILLIAN ROWLAND,** |
| ) | |
| ) | Material Witness |

On this __19__ day of __March__, 2009 appeared a person who had been arrested by the United States Marshals as the person above named. She was advised of the warrant of arrest pending in the District of __Nevada__. She was advised of her right to counsel, requested counsel, and counsel was appointed. She was advised of the right to an identity hearing to determine if the correct person had been arrested. She declined an identity hearing and admitted she was the person named as a material witness. She is found to be the material witness named above.

The government requested detention of the person to facilitate her transportation to the District of Nevada. The witness opposed detention and requested a detention hearing. A detention hearing was held, at the conclusion of which the court found by a preponderance of the evidence before it that she presents a risk of flight. All proceedings required by Fed. R. Crim. P. 5 having been completed,

IT THEREFORE HEREBY IS ORDERED:

1. The person arrested is found to be the Lillian Rowland above named as a material witness.

2. The material witness is committed to the custody of the United States Marshal for transportation and appearance, as soon as practicable, before the magistrate judge to whom this matter has been assigned in the District of Nevada. The Marshal shall be given a certified copy of this order.

DATED March 19, 2009

BY THE COURT:

s/ *David L. Piester*
United States Magistrate Judge